**EXHIBIT A**



**EXHIBIT B**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,043,730**

**Registered Oct. 25, 2011**

**Int. Cl.: 33**

**TRADEMARK**

**PRINCIPAL REGISTER**

GLOBEFILL INCORPORATED (CANADA CORPORATION)
309 ALFRED STREET
KINGSTON, ONTARIO, CANADA K7L3S4

FOR: ALCOHOLIC BEVERAGES, NAMELY, VODKA, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

THE MARK CONSISTS OF A CONFIGURATION OF A BOTTLE IN THE SHAPE OF A SKULL. THE BOTTLE CAP IS SHOWN IN DOTTED LINES AND IS NOT A PART OF THE MARK.

SER. NO. 77-967,530, FILED 3-24-2010.

SARA BENJAMIN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**EXHIBIT C**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-766-939**

**Effective date of
registration:**

April 11, 2011

## Title

**Title of Work:** Skull Bottle Packaging

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** September 30, 2008     **Nation of 1st Publication:** United States

## Author

■         **Author:** Bruni Glass Packaging, Inc.

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Domiciled in:** Canada

■         **Author:** Vetrerie Bruni S.p.A.

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Domiciled in:** Italy

## Copyright claimant

**Copyright Claimant:** Globefill Incorporated

366 King Street East, Kingston, K7K 6Y3, Canada

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Sculpture based on drawings by John Alexander

## Rights and Permissions

**Organization Name:** Baker & Hostetler LLP

**Name:** John H. Weber

**Email:** trademarks@bakerlaw.com          **Telephone:** 202-861-1500

**Address:** 1050 Connecticut Avenue, N.W.

Suite 1100

Washington, DC 20036  United States

## Certification

**Name:** Kelu L. Sullivan

**Date:** April 11, 2011

**Applicant's Tracking Number:** 083108-

**Correspondence:** Yes



**EXHIBIT D**

US00D589360S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D589,360 S**

Alexander                                 (45) **Date of Patent:**     ∗∗ **Mar. 31, 2009**

(54) **BOTTLE**

(75) Inventor:    **John Alexander**, New York, NY (US)

(73) Assignee:   **Globefill Inc.**, Ontario (CA)

(∗∗) Term:       **14 Years**

(21) Appl. No.:  **29/303,016**

(22) Filed:      **Jan. 30, 2008**

(30)             **Foreign Application Priority Data**

Feb. 10, 2007    (CA)  ..................................... 122529

(51) **LOC (9) Cl.**  ................................................. **09-01**
(52) **U.S. Cl.**  ...................................................... **D9/626**
(58) **Field of Classification Search**  .......... D7/514–517;
            D9/600–601, 614, 620, 623–626;  D11/128;
                                            D21/658–661
         See application file for complete search history.

(56)             **References Cited**

             U.S. PATENT DOCUMENTS

    D23,399  S   ∗  6/1894   Lee .............................. D9/626
    D420,903 S   ∗  2/2000   Liberty ........................ D9/625
    D459,213 S   ∗  6/2002   Buboltz et al. ............... D9/626

    D483,905 S   ∗  12/2003  Berounsky ................. D26/126

∗ cited by examiner

*Primary Examiner*—Sandra Morris
(74) *Attorney, Agent, or Firm*—Baker & Hostetler LLP

(57)             **CLAIM**

The ornamental design for a bottle, as shown and described.

             **DESCRIPTION**

FIG. **1** is a left side perspective view of the bottle, particularly showing the inventive design thereof, the skull is transparent, but is not shown for ease of illustration;

FIG. **2** is a front view of the bottle shown in FIG. **1**;

FIG. **3** is a rear view of the bottle shown in FIG. **1**;

FIG. **4** is a left side view of the bottle shown in FIG. **1**, the right side view of the bottle being a mirror image thereof;

FIG. **5** is a top view of the bottle shown in FIG. **1**, the skull is transparent, but is not shown for ease of illustration; and,

FIG. **6** is a bottom view of the bottle shown in FIG. **1**, the skull is transparent, but is not shown for ease of illustration.

The broken line showing is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





# FIG. 1



# FIG. 2



# FIG. 3



# FIG. 4



# FIG. 5



# FIG. 6

**EXHIBIT E**



sign in / account    my store ⌄    weekly ad    gift cards    registries    TargetLists    REDcard ⌄

☰ shop all categories    all ▼    🔍    0  in your cart

Target › grocery & essentials › beverages › drink mixes

# Glass Skull with Cocktail Mixer: Lime, Strawberry & Bloody Mary 25 oz 3 assorted

## see store for price

reg:  $7.99  (save 5%)

quantity:

| ‹ | 1 | › |

| 1 |

not sold online

find in a store

notes    – Prices, promotions, styles and availability may vary by store and online.
– View our return policy.

| add to registry | add to list | share |



## overview    guest reviews    shipping & returns

recently viewed items ›

**Target stores**
find a store
clinic

**about Target**
company info & press
careers

**ways to save**
weekly ads
coupons

**help**
see all help
accessibility

**the REDcard**
card benefits
how to apply

| | | | |
|---|---|---|---|
| optical | investor relations | clearance | track an order |
| pharmacy | corporate responsibility | all the deals | return an item |
| photo | affiliates | | store pickup |
| portrait studio | A Bullseye View | | shipping information |
| | team member services | | product recalls |
| | Bullseye Shop | | size charts |
| | advertise with us | | contact us |

**my recommendations**

manage my REDcard

5% off
plus everyday free shipping
apply now



**privacy policy | cookies | terms & conditions | CA privacy rights | CA transparency in supply chains act | about this site**

© 2014 Target Brands, Inc. Target, the Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc. All rights reserved.

view all products by: **womens mens baby kids home bath bedding appliances décor kitchen patio and garden furniture electronics toys health and beauty sports**
shop all departments
view mobile version



Target › grocery & essentials › cookies, chips & snacks › dips & spreads

# Skull Bottle Mild Hot Sauce 6 oz 2 assorted

## see store for price

quantity:

| 1 |

| 1 |  not sold online

**find in a store**

notes  — Prices, promotions, styles and availability may vary by store and online.
— View our return policy.

| add to registry | | add to list | | share |



## overview        guest reviews        shipping & returns

**popular searches**

el pato tomato sauce | old fashioned caramel dip | pineapple peach salsa | pace hot sauce | mexican mild salsa | sabra classic hummus 10 oz

recently viewed items ▶

**Target stores**

find a store

clinic

optical

pharmacy

photo

portrait studio

**about Target**

company info & press

careers

investor relations

corporate responsibility

affiliates

A Bullseye View

team member services

Bullseye Shop

advertise with us

**ways to save**

weekly ads

coupons

clearance

all the deals

**help**

see all help

accessibility

track an order

return an item

store pickup

shipping information

product recalls

size charts

contact us

**the REDcard**

card benefits

how to apply

manage my REDcard



5% off **plus everyday free shipping**

apply now

my recommendations

**privacy policy | cookies | terms & conditions | CA privacy rights | CA transparency in supply chains act | about this site**

© 2014 Target Brands, Inc. Target, the Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc. All rights reserved.

view all products by: **womens mens baby kids home bath bedding appliances décor kitchen patio and garden furniture electronics toys health and beauty sports shop all departments view mobile version**