IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Globefill Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Maud Borup, Inc.,<br><br>Defendant. | Case No. 14-cv-04776 (MJD/TNL)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Globefill Incorporated hereby dismisses its complaint against Defendant Maud Borup, Inc. without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: February 25, 2015      **GREENE ESPEL PLLP**

    s/ X. Kevin Zhao
Jeanette M. Bazis, Reg. No. 255646
X. Kevin Zhao, Reg. No. 391302
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
jbazis@greeneespel.com
kzhao@greeneespel.com
(612) 373-0830

*Attorneys for Plaintiff Globefill Incorporated*